DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JESUS DE LA CRUZ-NAVA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1298

_____

November 12, 2025

Appeal from the Circuit Court for Hillsborough County; Lyann Goudie,
Judge.

Blair Allen, Public Defender, and Joanna Beth Conner, Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

SLEET, ATKINSON, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.